UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
NEW YORK, NEW YORK

Jin-Tarng Shyu,

       Plaintiff

v.                                           Civil No. :   1:23-cv-2409

Alejandro Mayorkas,
       Secretary of the United States Department of Homeland Security;
Ur M. Jaddou,
       Director of U.S. Citizenship and Immigration Services, Department of Homeland
       Security;
Tracy Renaud,
       Associate Director for the Service Center Operations Directorate, U.S. Citizenship and
       Immigration Services.

       Defendants.

## PLAINTIFF'S ORIGINAL COMPLAINT
## FOR WRIT IN THE NATURE OF
## MANDAMUS

Plaintiff Jin-Tarng Shyu ("Plaintiff" or "Ms. Shyu"), by her attorney, Mo Q. Chin, Esq., of the Law Office of Yee Ling Poon, LCC, hereby alleges, upon information and belief, as follows:

## I.     INTRODUCTION

1.1    This action is brought against the Defendants to compel action on an I-130 Petition for Alien Relative ("I-130" or "the Petition") properly filed by Plaintiff with the U.S. Citizenship and Immigration Services ("USCIS"). The Petition was filed, and remains, within the jurisdiction of the Defendants who have improperly withheld action on said Petition to Plaintiff's detriment.

## II.    PARTIES

2.1    Plaintiff Ms. Shyu is a U.S. citizen (Exhibit 1, Certificate of Naturalization). She was born on February 29, 1976, in China. Her address is 2143 72 St. 1 Fl. Brooklyn NY 11204. On January 11, 2021, Ms. Shyu filed an I-130 Petition for Alien Relative for her husband, YAO, Xin, with USCIS (Exhibit 2, USCIS I-130 Receipt Notice). The Petition is still pending.

2.2    Defendant Alejandro Mayorkas is the Secretary of the Department of Homeland Security ("DHS"), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act ("INA"), and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. Pursuant to the provisions of the Homeland Security Act of 2002 (Pub. L. No. 107-296), which was signed into law on November 25, 2002, the functions of the Immigration and Nationality Services ("INS") of the Department of Justice, and all authorities with respect to those functions, transferred to DHS on March 1, 2003, and the INS was abolished on that date. The transition and savings provisions of the Homeland Security Act, including sections 1512(d) and 1517, provide that references relating to the INS in statutes, regulations, directives or delegations of authority shall be deemed to refer to the appropriate official or component of DHS.

2.3    Defendant Ur M. Jaddou is the Director of U.S. Citizenship and Immigration Services, an Under Secretary position within the Department of Homeland Security, and this action is brought against her in her official capacity. USCIS administers the naturalization and immigration system. It performs many of the duties of the former INS, namely processing and adjudicating various immigration matters, including applications and petitions for work visas, asylum, and citizenship, including I-130 petitions.

2.4    Defendant Tracy Renaud is the Associate Director for the Service Center Operations Directorate, which includes the Texas Service Center as one of its five Service Centers. On January 11, 2021, Ms. Shyu filed an I-130 Petition on behalf of her husband. I-130 Petitions are usually processed at the Texas Service Center. The Petition is currently still pending.

## III. JURISDICTION

3.1    Jurisdiction in this case is proper under 28 U.S.C. § 1331 and § 1361, 5 U.S.C. § 555(b), and the Immigration and Nationality Act and regulations implementing it (Title 8 of the C.F.R.). Relief is requested pursuant to said statutes.

3.2    Under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." There is jurisdiction under 28 U.S.C. § 1331 because this action arises under 28 U.S.C. § 1361

(mandamus), the Administrative Procedure Act (APA) (5 U.S.C. § 555(b) and 5 U.S.C. § 702), and the Immigration and Nationality Act (INA) and regulations implementing it (Title 8 of the C.F.R.).

3.3    Under 28 U.S.C. § 1361, "[t]he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

3.4    The APA requires USCIS to carry out its duties within a reasonable time.  5 U.S.C. § 555(b) states that "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it."  USCIS is subject to 5 U.S.C. § 555(b).  Ms. Shyu contends that the delay in processing her I-130 is unreasonable.

## IV.    VENUE

4.1    Venue is proper in this court, pursuant to 28 U.S.C. § 1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District in which a Defendant maintains an office, and where the Plaintiff, Ms. Shyu, resides.

## V.    FACTS

5.1    Plaintiff Ms. Shyu is a U.S. citizen (Exhibit 1, Certificate of Naturalization).  She was born on February 29, 1976, in China.

5.2    Ms. Shyu married her husband, YAO, Xin, on August 9, 2020 in New York City (Exhibit 3, Marriage Certificate).  Ms. Shyu's husband has no criminal record.

5.3    On January 11, 2021, Ms. Shyu filed an I-130 Petition for Alien Relative for her husband with USCIS (Exhibit 2, USCIS I-130 Receipt Notice).

5.4    On August 25, 2022, Ms. Shyu, through her attorney, made a service request through the USCIS website for her pending I-130 Petition.  On September 14, 2022, Ms. Shyu, through her attorney, received the following letter in response: "According to your service record, your case is still under review.  We will mail you a notice when we make a decision." (Exhibit 4, USCIS Letter Response).  Neither Ms. Shyu, nor her attorney, has received any notices from USCIS regarding her case.  Her address is up-to-date.

5.5    On March 28, 2023, Ms. Shyu, through her attorney, checked the online case status through the USCIS website.  The online response was, "As of January 26, 2021, we are actively reviewing your Form I-130, Petition for Alien Relative, Receipt Number IOE091058718.  Our records show nothing is outstanding at this time.  We will let you

know if we need anything from you." (Exhibit 5, USCIS Online Case Status)  Neither Ms. Shyu, nor her attorney, has received any notices from USCIS regarding her case. Her address is up-to-date.

5.6   According to the Check Case Processing Times page on the USCIS website, as of March 28, 2023, Texas Service Center is processing I-130 Petitions about 12.5 months from the date of filing (Exhibit 6, Check Case Processing Times page on USCIS website).

5.7   Ms. Shyu's I-130 was filed on January 11, 2021.   It has been twenty-six (26) months since Ms. Shyu filed the I-130, over 12 months past the estimated processing time of 12.5 months.

## VI.   EXHAUSTION OF REMEDIES

6.1   Plaintiff has exhausted her administrative remedies.  She has complied with all the requirements to submit her I-130 Petition.

## VII.   REQUEST FOR RELIEF

7.1   Defendants have willfully and unreasonably delayed in processing the I-130 Petition filed by Plaintiff.  The Petitions remain unadjudicated for twenty-six (26) months after the date of filing, January 11, 2021.

7.2   The delay in adjudicating the Petition is not attributable to Plaintiff.

7.3   Defendants owe Plaintiff a duty to process the I-130 Petition, and they have unreasonably failed to perform that duty.  This duty is owed under the INA and regulations.

7.4   Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements.

7.5   Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law.  Defendants willfully and unreasonably have delayed in and refused to adjudicate Plaintiff's I-130 Petition, thereby depriving her of the peace of mind to which Plaintiff is entitled.

7.6   The delay is unreasonable *per se.*

7.7   Defendants are in violation of the Administrative Procedures Act, 5 U.S.C. § 701 *et seq.*, and are unlawfully withholding or unreasonably delaying action on Plaintiff's I-130 Petition, and they have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's Petition.

## VIII.   PRAYER

8.1    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

a.    requiring Defendants to process Ms. Shyu's I-130 Petition with all due haste;

b.    awarding Ms. Shyu reasonable attorney's fees; and

c.    granting such other relief at law and in equity as justice may require.

Respectfully submitted,

MO Q. CHIN, ESQ.
*Attorney for Plaintiff*
LAW OFFICE OF YEE LING POON, LLC
9 Mott Street, 4th Floor
New York, NY 10013
(212) 385-4575

DATE: MARCH 29, 2023
New York, NY

## Table of Exhibits

1. Certificate of Naturalization (1 page);

2. USCIS I-130 Receipt Notice (1 page);

3. Marriage Certificate (1 page);

4. USCIS Letter Response (1 page);

5. USCIS Online Case Status (1 page);

6. Check Case Processing Times page on USCIS website (1 page).

UNITED STATES OF AMERICA

No. 21 758635

FORM N-550 REV. 6-91

Personal description of holder
as of date of naturalization:

Date of birth:    FEBRUARY 29, 1976

Sex:    FEMALE

Height:    5 feet    04 inches

Marital status:    SINGLE

Country of former nationality:    TAIWAN



*Tin Tarng Shyu*

INS Registration No.:    A41 619 297

I certify that the description given is true, and that the photograph affixed
hereto is a likeness of me.

*Tin Tarng Shyu / Tin Tarng Shyu*
(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Attorney General
The Attorney General having found that:

JIN-TARNG SHYU

then residing in the United States, intends to reside in the United States, where so
required by the Naturalization Laws of the United States, and had in all other
respects complied with the applicable provisions of such naturalization laws and was
entitled to be admitted to citizenship, such person having taken the oath of allegiance
in a ceremony conducted by the

U.S. IMMIGRATION & NATURALIZATION SERVICE

at:    GARDEN CITY, NY    on:    JUNE 9TH 1996

that such person is admitted as a citizen of the United States of America.

*Chris Meissner*
Commissioner of Immigration and Naturalization

IT IS PUNISHABLE BY U.S. LAW TO COPY,
PRINT OR PHOTOGRAPH THIS CERTIFICATE,
WITHOUT LAWFUL AUTHORITY.

EXH. 2

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | January 22, 2021 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | | A041619297 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0910580718 | January 11, 2021 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| January 11, 2021 | 201 B INA SPOUSE OF USC | February 29, 1976 |

**PAYMENT INFORMATION:**

JIN-TARNG SHYU
C/O YEE LING POON LAW OFFICE OF YEE LING POON
9 MOTT STREET FLR 4                                9    00001761
NEW YORK, NY 10013

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| YAO, XIN | 4/22/1971 | CHINA | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 04/01/19

EXH.3

JINTARNG  SHYU

XIN  YAO

1450 pallsade Ave Apartment # 1J

Fort Lee, NJ 07024

United States

---

THE CITY OF NEW YORK
OFFICE OF THE CITY CLERK
MARRIAGE LICENSE BUREAU

M-2020-

**License Number**
M-2020-5348

# Certificate of Marriage Registration

This Is To Certify That    JINTARNG  SHYU

residing at    2143 72 street Apartment # 1F, Brooklyn, NY 11204, United States

born on    02/29/1976    at    Keelung  Taiwan

and    XIN  YAO

residing at    1450 palisade Ave Apartment # 1J, Fort Lee, NJ 07024, United States

born on    04/22/1971    at    Shanghai  China

## Were Married

on    08/09/2020    at    29 MOTT ST
NEW YORK, NY 10013
By GUO ZHANG RUAN

United States

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE

Manhattan                                          August  13,    20

N.Y.                                                                   20



PLEASE NOTE: Facsimile Signature
and seal are printed pursuant
to Section 11-A, Domestic
Relations Law of New York.

Michael McSweeney
City Clerk of the City of New York

CET-F

M482598



U.S. Department of Homeland Security
USCIS New York Field Office
26 Federal Plaza
New York, NY 10278



**U.S. Citizenship and Immigration Services**

Wednesday, September 14, 2022

JIN-TARNG SHYU
2143 72 STREET
FL 1
BROOKLYN NY 11204

Dear Jin-tarng Shyu:

On 08/25/2022, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| | Applicant or Petitioner |
| **Caller indicated they are:** | Information not available |
| **Attorney Name:** | I130 |
| **Case type:** | 01/11/2021 |
| **Filing date:** | IOE-09-105-80718 |
| **Receipt #:** | T1B2372202021NYC |
| **Referral ID:** | YAO, XIN |
| **Beneficiary (if you filed for someone else):** | A041619297 |
| **Your USCIS Account Number (A-number):** | Other - Tier 1 |
| **Type of service requested:** | |

The status of this service request is:

On August 25, 2022, you or your representative contacted U.S. Citizenship and Immigration Services (USCIS) concerning your I-130 Petition for Alien Relative because you believe your case is outside of our normal processing time.

According to your Service Record, your case is still under review. We will mail you a notice when we make a decision.

---

We offer many online services and tools to help you find the information you need at www.uscis.gov/tools and my.uscis.gov, including:
Case Status: Sign up for detailed case updates in my USCIS: my.uscis.gov/account
Check your current case status: www.uscis.gov/casestatus
Check processing times: www.uscis.gov/processingtimes
Ask about your case: www.uscis.gov/e-request
Ask our virtual assistant Emma: www.uscis.gov/emma
Address Changes: If you move, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

If you try our online tools and still need help, you can call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired).

EMt 5

X



# Case Is Being Actively Reviewed By USCIS

As of January 26, 2021, we are actively reviewing your Form I-130, Petition for Alien Relative, Receipt Number IOE0910580718. Our records show nothing is outstanding at this time. We will let you know if we need anything from you. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov /coa/displayCOAForm.do) to give us your new mailing address.



Return to top

**Topics**
**(https://www.uscis.gov**
**/topics)**

**Forms**
**(https://www.uscis.gov**
**/forms)**

**Newsroom**
**(https://www.uscis.gov**
**/newsroom)**

**Citizenship**

**Green Card**

**Laws**

3/28/2023, 1:24 PM

https://egov.uscis.gov/processing-times/

EXH. 6

<u>USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)</u>

<u>Para tener acceso a este sitio en español, presione aquí (./es)</u>

# Check Case Processing Times

Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the <u>More Information About Case Processing Times (./more-info)</u> page.*

**Form ***

| I-130 | Petition for Alien Relative | ⌄ |

**Form Category ***

| U.S. citizen filing for a spouse, parent, or child under 21 | ⌄ |

**Field Office or Service Center ***

| Texas Service Center | ⌄ |

Get processing time

## Processing time for Petition for Alien Relative (I-130) at Texas Service Center

**80% of cases are completed within**

# 12.5
Months

Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track the status of an immigration application, petition, or request.

3/28/2023, 1:27 PM